IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD MCDOWELL,

    Petitioner,                      No. CIV S-05-986 DFL KJM P

    vs.

M. EVANS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus.

        On May 2, 2006, this court granted petitioner's motion for a stay of the proceedings to permit petitioner to exhaust state remedies. The court directed petitioner to file status reports, beginning ninety days after the stay order. Petitioner was cautioned that failure to comply with the time limits might result in an order lifting the stay.  Petitioner has not filed a status report on the progress of the state exhaustion petition.

        The court notes that the May 2nd order was returned, apparently because petitioner has not complied with Local Rule 83-182(f) in that he has not filed a notice of change of address as required.  Petitioner's filing of January 25, 2006 does contain a different address than the address for service, which was properly used for service of the May 2nd order.  While

1

the court will order service of this order and the May 2nd order on the address shown in the January 25th filing, petitioner is cautioned that in the future he must fully comply with Local Rule 83-182(f) or risk dismissal of this action based solely on a failure to so comply.

Accordingly, IT IS ORDERED that:

1. Within fifteen days of the date of this order, petitioner shall show cause why the previously entered stay should not be lifted and the petition be dismissed as "mixed" for containing both exhausted and unexhausted grounds for relief.

2. The Clerk of the Court shall serve a copy of this order and a copy of the order filed May 2, 2006 on petitioner at his address of record as well as on the address shown in petitioner's filing of January 25, 2006.

DATED: October 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
mcdo0986.osc